PROB 35  
(Rev. 5/01)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.

Kyle Anderson Willis

Crim. No. CR205-00010-001

On May 5, 2005, the above-named was placed on probation for a period of twelve months. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Kyle Anderson Willis be discharged from probation.

Respectfully submitted,

Philip J. Lyons  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this 2nd day of November, 2005.

James E. Graham  
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
PROBATION OFFICE

**RICHARD A. LONG**
CHIEF PROBATION OFFICER

P. O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148



AUGUSTA 30903
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

STATESBORO 30459
P. O. BOX 1179
PHONE: 912-764-8876
FAX: 912-764-6046

# MEMORANDUM

DATE:   November 1, 2005

TO:     Honorable James E. Graham
        United States Magistrate Judge

FROM:   Philip J. Lyons
        U.S. Probation Officer

RE:     Willis, Kyle Anderson
        CR205-00010-001
        Brunswick Division
        Represented by: Randall C Sorenson
        **EARLY TERMINATION REQUEST**

The above-named defendant has complied with the terms of supervision and appears eligible for early termination.

On May 5, 2005, Kyle Anderson Willis appeared before the Court and entered a plea of guilty to the offense of reckless driving. He was sentenced to a period of twelve months probation and ordered to pay a $300 fine and $25 special assessment. The Court ordered that upon the payment of both the fine and special assessment, after six months of probation, and upon a motion from the U.S. Probation Office, the Court shall terminate supervision.

On May 5, 2005, Willis paid his fine and special assessment. During his term of probation, Willis has maintained a stable residence and full-time employment. Therefore, based on the aforementioned, it is the probation officer's recommendation that Willis's probation be terminated.

For the Court's convenience, an order terminating the defendant's probation is attached to this memorandum.

Honorable James E. Graham
RE:     Willis, Kyle Anderson
November 1, 2005
Page 2

If you have any questions or are in need of further information, please advise.


Reviewed by:

*Barry Bargainnier*

J. Barry Bargainnier
Supervisory U.S. Probation Officer